UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Timothy & Jamie Ruark, | ) Case No. 15-45100-399 |
| | ) |
| Debtor. | ) Chapter 13   **Doc. 27** |
| | ) |
| | ) Certification & Order |
| | ) Objection to Claim #19-1 |
| | ) |

**CERTIFICATION**

The undersigned certifies that all entities entitled to notice of Debtor's Objection to Claim #19-1 in accordance with Local Bankruptcy Rules have been served with the foregoing motion and the time for response has passed.  No responses in opposition have been filed or any responses in opposition have been resolved.  Movant requests the Court enter the attached Order which supercedes any prior proposed Orders.

　　　　　　　　　　　　　　　　　　/s/ *Jennifer P. Alter*
　　　　　　　　　　　　　　　　C Scott Brinkman, #59551MO
　　　　　　　　　　　　　　　　Jennifer Alter, #58814MO
　　　　　　　　　　　　　　　　1 North Taylor
　　　　　　　　　　　　　　　　St. Louis, MO 63108
　　　　　　　　　　　　　　　　e-mail: jalter@brinkmanandalter.com
　　　　　　　　　　　　　　　　(314) 932-1067
　　　　　　　　　　　　　　　　Fax: (314) 596-4331

**ORDER**

Upon Debtor's Objection to Claim Number #19-1 filed by Cavalry Spv I, LLC for good cause shown

**IT IS ORDERED** that Debtor's Objection to claim 19-1 of Cavalry Spv I, LLC is **Sustained;**

**IT IS FURTHER ORDERED** that claim number #19-1 filed by Cavalry Spv I, LLC is denied as filed.

DATED:  March 15, 2016　　　　　　　　　　　　　　　/s/ Barry S. Schermer
St. Louis, Missouri　　　　　　　　　　　　　　　　　Barry S. Schermer
lat　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Copy mailed to:

Cavalry Spv I, LLC
Bass & Associates, PC
3936 E. Ft. Lowell Rd.
Suite 200
Tucson, AZ 85712

Timothy and Jamie Ruark
9828 Ridgecrest Dr.
Hillsboro, MO 63050

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143