UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:    )<br>TIMOTHY E RUARK    )<br>JAMIE A RUARK    )<br>9828 RIDGECREST DRIVE    )<br>HILLSBORO, MO  63050    )<br>    **Debtors**    )<br>    ) | CASE NO: 15-45100-399<br><br>Chapter 13 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**

Comes now JOHN V. LABARGE, JR., Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that he has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| BRINKMAN & ALTER LLC<br>1 N TAYLOR<br>ST LOUIS, MO  63108 | 2,000.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BRINKMAN & ALTER LLC<br>1 N TAYLOR<br>ST LOUIS, MO  63108 | 2,000.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $166.67<br>INT RATE: 0.00 |
| ALLY FINANCIAL<br>PO BOX 78367<br>PHOENIX, AZ  85062 | 12,121.04 | 20/Secured - Motor Vehicle<br>ACCT: 4706<br>COMM: #2/60MO/11 SIERRA<br>REG PYMT: $227.35<br>INT RATE: 4.75 |
| DESOTO MOPAC CU<br>418A N MAIN<br>DESOTO, MO  63020 | 2,937.20 | 20/Secured - Motor Vehicle<br>ACCT: 4709<br>COMM: #13 60MO 08 MAXIMA<br>REG PYMT: $55.09<br>INT RATE: 4.75 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 2
CASE NO: **15-45100-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| HSBC MORTGAGE SVCS<br>PO BOX 9068<br>BRANDON, FL  33509-9068 | 0.00 | 0/Home Mortgage Payment -- Outside<br>ACCT:<br>COMM: 3DT 9828 RIDGECREST<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| HSBC MORTGAGE SVCS<br>PO BOX 9068<br>BRANDON, FL  33509-9068 | 0.00 | 20/Mortgage Arrearage<br>ACCT:<br>COMM: 48MO<br>REG PYMT: $44.17<br>INT RATE: 0.00 |
| WELLS FARGO BANK NA<br>PO BOX 660041<br>DALLAS, TX  75266 | 19,683.19 | 0/Home Mortgage Payment -- Outside<br>ACCT: 9416<br>COMM: #17 2D/T 9828 RIDGECREST W/D<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WELLS FARGO BANK NA<br>PO BOX 660041<br>DALLAS, TX  75266 | 1,735.00 | 20/Mortgage Arrearage<br>ACCT: 9416<br>COMM: #17 48MO W/D<br>REG PYMT: $36.15<br>INT RATE: 0.00 |
| WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2302-04C/PAYMT PROCESSING<br>DES MOINES, IA  50328 | 105,063.61 | 0/Home Mortgage Payment -- Outside<br>ACCT: 3479<br>COMM: #10 1D/T 9828 RIDGECREST<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2302-04C/PAYMT PROCESSING<br>DES MOINES, IA  50328 | 376.00 | 20/Mortgage Arrearage<br>ACCT: 3479<br>COMM: #10 48MO<br>REG PYMT: $7.84<br>INT RATE: 0.00 |
| JEFFERSON COUNTY COLLECTOR<br>PO BOX 100<br>ATTN BETH MAHN<br>HILLSBORO, MO  63050 | 821.69 | 30/Priority<br>ACCT: XXXXXXXX5476<br>COMM: #7/14 TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 3
CASE NO: **15-45100-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | 0.00 | 30/Priority<br>ACCT: 2077<br>COMM: 13 INC TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | 608.66 | 30/Priority<br>ACCT: 2077<br>COMM: #21 13 MV TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BANK OF AMERICA<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | 432.66 | 40/Unsecured<br>ACCT: 0193<br>COMM: #15<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BILL ME LATER<br>PO BOX 105658<br>ATLANTA, GA  30348 | 0.00 | 40/Unsecured<br>ACCT: 8658<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 6,393.63 | 40/Unsecured<br>ACCT: 8654<br>COMM: #4/CAPITAL ONE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 1,982.17 | 40/Unsecured<br>ACCT: 6288<br>COMM: #6/CAPITAL ONE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 1,194.84 | 40/Unsecured<br>ACCT: 1641<br>COMM: #5/CAPITAL ONE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                    Page 4
CASE NO: **15-45100-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| CREDIT DISCOUNT & AUDIT CO<br>PO BOX 213<br>STREATOR, IL  61364 | 0.00 | 40/Unsecured<br>ACCT: 4375<br>COMM: EMERG PHYS STL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHASE BANK<br>201 N WALNUT ST<br>WILMINGTON, DE  19801 | 0.00 | 40/Unsecured<br>ACCT: 3360<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ECAST SETTLEMENT CORP<br>PO BOX 29262<br>NEW YORK, NY  10087-9262 | 6,983.00 | 40/Unsecured<br>ACCT: 9824<br>COMM: #8/CITIBANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 767.71 | 40/Unsecured<br>ACCT: 4740<br>COMM: #18 CITIBANK/HOME DEPOT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DELL FINANCIAL SVCS LP<br>PO BOX 10390<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0390 | 821.01 | 40/Unsecured<br>ACCT: 4408<br>COMM: #14<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 565.06 | 40/Unsecured<br>ACCT: 5808<br>COMM: #12 SYNCHRONY BANK/CARE CREDIT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 578.51 | 40/Unsecured<br>ACCT: 3766<br>COMM: #3/PAYPAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                                                       Page 5
CASE NO: **15-45100-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MOHELA/DEPT OF EDUCATION<br>PO BOX 105347<br>C/O DEPARTMENT OF EDUCATION<br>ATLANTA, GA  30348-5347 | 6,217.69 | 40/Unsecured<br>ACCT: 2077<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | 0.00 | 40/Unsecured<br>ACCT: 0005<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | 0.00 | 40/Unsecured<br>ACCT: 0002<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | 0.00 | 40/Unsecured<br>ACCT: 0001<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | 0.00 | 40/Unsecured<br>ACCT: 0006<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | 0.00 | 40/Unsecured<br>ACCT: 0003<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MOHELA<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | 0.00 | 40/Unsecured<br>ACCT: 0007<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 6
CASE NO: **15-45100-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| NATIONAL CREDIT SYSTEMS<br>117 E 24TH ST<br>5TH FL<br>NEW YORK, NY  10010 | 0.00 | 40/Unsecured<br>ACCT: 8316<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 580.43 | 40/Unsecured<br>ACCT: 9015<br>COMM: #16 CABELAS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| COMENITY CAPITAL BANK<br>PO BOX 3978<br>C/O WEINSTEIN & RILEY PS<br>SEATTLE, WA  98124-3978 | 3,500.66 | 40/Unsecured<br>ACCT: 8658<br>COMM: #9 PAYPAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PAY PAL<br>PO BOX 45950<br>OMAHA, NE  68145 | 181.73 | 40/Unsecured<br>ACCT: 8194<br>COMM: #11<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAVALRY SPV I LLC<br>3936 E FORT LOWELL RD #200<br>C/O BASS & ASSOCIATES<br>TUCSON, AZ  85712 | 5,252.89 | 20/Secured<br>ACCT: 4435<br>COMM: #19 60MO HHG<br>YAMAHA/DENIED<br>REG PYMT: $98.53<br>INT RATE: 4.75 |
| JEFFERSON COUNTY COLLECTOR<br>PO BOX 100<br>ATTN BETH MAHN<br>HILLSBORO, MO  63050 | 545.20 | 30/Priority<br>ACCT:<br>COMM: #20/15 TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | 400.00 | 40/Unsecured<br>ACCT: 2077<br>COMM: #21 13 MV TAX PENALTY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS   Page 7
CASE NO: **15-45100-399**

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

Dated: 3/25/2016

STL_NTCPAYCLM -- BC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 03/25/2016.

/s/John V. LaBarge, Jr.
John V. LaBarge, Jr.

Copy Mailed To:

TIMOTHY E RUARK
JAMIE A RUARK
9828 RIDGECREST DRIVE
HILLSBORO, MO  63050