# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 15-45100-399 |
| TIMOTHY E RUARK ) | Chapter 13 |
| JAMIE A RUARK ) | |
| ) | Re: Objection to Claim 19 filed by |
| ) | CAVALRY SPV I LLC |
| ) | Acct: 4435 |
| ) | |
| **Debtors** ) | 35 OBJ: 01/07/2019 |
| ) | |

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

## ORDER

Upon Trustee's objection to claim number 19 filed by CAVALRY SPV I LLC, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is denied. The Trustee is to make no payment on the claim.

**DATED: January 31, 2019**
**St. Louis, Missouri**

Barry S. Schermer
**United States Bankruptcy Judge**

Copy mailed to:

TIMOTHY E RUARK
JAMIE A RUARK
9828 RIDGECREST DRIVE
HILLSBORO, MO  63050

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

BRINKMAN & ALTER LLC
4500 WEST PINE BLVD
ST LOUIS, MO  63108

CAVALRY SPV I LLC
3936 E FORT LOWELL RD #200
C/O BASS & ASSOCIATES
TUCSON, AZ  85712